| | |
|---|---|
| 1 | LAWRENCE G. BROWN<br>Acting United States Attorney |
| 2 | SAMUEL WONG<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2772 |

FILED

MAY 11 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

SEALED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE APPLICATION ) No. 2:09-SW-149 KJM
OF THE UNITED STATES OF AMERICA )
FOR A ***SECOND*** WARRANT ) SEALING ORDER
AUTHORIZING ... [REDACTED} )
) (Fed. R. Crim. P. 41;
) 18 U.S.C. §3117)
)
)
)

It is further ORDERED that this warrant and the accompanying affidavit/application submitted in support thereof, as they reveal an ongoing investigation, be sealed until further Order of the Court in order to avoid premature disclosure of the investigation, guard against fugitives, and better ensure the safety of agents, informant, and others, except for the limited disclosure specifically authorized in the warrant issued on May 6, 2009.

Dated: May 6, 2009

5:12 p.m.
(telephonic)

_____
KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE

1

| | |
|---|---|
| 1 | LAWRENCE G. BROWN<br>Acting United States Attorney |
| 2 | SAMUEL WONG<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2772 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A ***SECOND*** WARRANT AUTHORIZING ... [REDACTED] | No: 09-SW- 1 4 9 KJM<br><br>SEALING ORDER<br><br>(Fed. R. Crim. P. 41;<br>18 U.S.C. §3117) |

It is further ORDERED that this warrant and the accompanying affidavit/application submitted in support thereof, as they reveal an ongoing investigation, be sealed until further Order of the Court in order to avoid premature disclosure of the investigation, guard against fugitives, and better ensure the safety of agents, informant, and others, except for the limited disclosure specifically authorized in the warrant issued on May 6, 2009.

Dated: May 6, 2009

5:13 p.m. - telephonically

For: _____ #151
KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE

1