LAWRENCE G. BROWN
Acting United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

**FILED**

JUN 2 5 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

# SEALED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE USE AND INSTALLATION OF A TRACKING DEVICE IN OR ON A WHITE SUBARU STATION WAGON LOCATED AT 12711 SOUTH LINCOLN STREET (aka HIGHWAY 89), SIERRAVILLE, CALIFORNIA | No. 2:09-SW-149 KJM<br><br>ORDER DELAYING NOTIFICATION OF TRACKING DEVICE WARRANT<br>(Fed. R. Crim. P. 41(f)(3); 18 U.S.C. §3103a(b))<br><br>(UNDER SEAL) |

WHEREAS an <u>ex parte</u> application has been presented to the Court by Samuel Wong, Assistant United States Attorney, who is an "Attorney for the Government" within the meaning of F.R.Crim.P. 41, for renewal for an additional 30 days of the Order previously entered by United States Magistrate Judge Kimberly J. Mueller on May 6, 2009, that directed that "notification of the execution of the order be delayed for a period of 30 days after the use of the tracking device has ended because there is reasonable cause to believe that providing immediate notification would seriously jeopardize the investigation." The tracking device installed pursuant to Magistrate Mueller's order was removed on May 28, 2009, from the vehicle on which it was installed.

Good cause appearing therefrom, it is ORDERED that, in accordance with 18 U.S.C. 3103a(b) and Federal Rule of Criminal Procedure 41(f)(3), notification of the execution of this

1

1  order be delayed for a period of an additional 30 days after the use of the tracking device has
2  ended, or July 27, 2009, because there is reasonable cause to believe that providing immediate
3  notification would seriously jeopardize the investigation, and endanger the confidential informant
4  and law enforcement.

5  Dated: June 25, 2009

          _____
          KIMBERLY J. MUELLER
          UNITED STATES MAGISTRATE JUDGE