| | |
|---|---|
| 1 | LAWRENCE G. BROWN<br>Acting United States Attorney |
| 2 | SAMUEL WONG<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2772 |

**FILED**

JUN 2 5 2009


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# SEALED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE APPLICATION ) No. 2:09-SW-0149 KJM
OF THE UNITED STATES OF AMERICA )
FOR A WARRANT ) SEALING ORDER
AUTHORIZING ... [REDACTED] )
) (Fed. R. Crim. P. 41(f)(3);
) 18 U.S.C. §3103a(b))

It is further ORDERED that the accompanying application, and the Court's resulting Order, as they reveal an ongoing investigation, be sealed until further Order of the Court in order to avoid premature disclosure of the investigation, guard against fugitives, and better ensure the safety of agents, informant, and others.

Dated: June 25, 2009

_____
KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE

1